# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Servpro Intellectual Property, Inc. and Servpro Industries, Inc., | COURT MINUTES – CIVIL<br>BEFORE: TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE |
| Plaintiffs, | Case No: 16-cv-0045 WMW/TNL<br>Date: October 11, 2016 |
| v. | Courthouse: St. Paul<br>Courtroom: 3C |
| Dan Schmidt and Numark Construction, Inc. *d/b/a Numark Restoration*, | Time Commenced: 11:00 AM<br>Time Concluded: 11:30 AM<br>Time in Court: 30 Minutes |
| Defendants. | |

Hearing on:
## SETTLEMENT CONFERENCE (via phone confirming settlement)

### APPEARANCES:

Plaintiffs: Edward D. Lanquist Jr., Scott McLean Douglass, Sybil Dunlop

Defendants: Christopher J. Perske

### PROCEEDINGS:

✗  Settlement reached. Terms stated on the record.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

                                                          *s/Holly McLelland*
                                                          Courtroom Deputy