UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SERVPRO INTELLECTUAL PROPERTY, INC. and SERVPRO INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DAN SCHMIDT and NUMARK CONSTRUCTION, INC. dba NUMARK RESTORATION, <br><br> Defendants. | Case No. 0:16-cv-00045 <br> Judge Wilhelmina M. Wright <br> Magistrate Judge Tony N. Leung <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED and AGREED** between Plaintiffs SERVPRO INTELLECTUAL PROPERTY, INC. and SERVPRO INDUSTRIES, INC., by and through their counsel of record, and Defendants DAN SCHMIDT and NUMARK CONSTRUCTION, INC. d/b/a NUMARK RESTORATION, by and through their counsel of record, that, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, the above-entitled matter shall be dismissed, with prejudice, each party to bear its own costs and fees. This stipulated dismissal is pursuant to that specific Agreement entered into between the Parties. The stipulated dismissal is subject to the Court's retention of jurisdiction to enforce the Agreement if necessary.

WHEREFORE, the parties request that this Court enter its Order accordingly.

Respectfully submitted,

/s/ Edward D. Lanquist
Edward D. Lanquist (TN BPR 13303)
Scott M. Douglass (TN BPR 31097)
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
(615) 242-2400
edl@iplawgroup.com
smd@iplawgroup.com

Sybil L. Dunlop (Reg. No. 390186)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
sdunlop@greeneespel.com

*Attorneys for Plaintiffs Servpro Intellectual Property, Inc. and Servpro Industries, Inc.*

[signature on subsequent page]
Christopher J. Perske, Reg. No. 0347164
The Law Office of Christopher J. Perske, LLC
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
(763) 639-4668
chrisopher.perske@perskelaw.com

*Attorneys for Defendants Dan Schmidt and Numark Construction, Inc.*

Edward D. Lanquist (TN BPR 13303)
Scott M. Douglass (TN BPR 31097)
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
(615) 242-2400
edl@iplawgroup.com
smd@iplawgroup.com

Sybil L. Dunlop (Reg. No. 390186)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
sdunlop@greeneespel.com

*Attorneys for Plaintiffs Servpro Intellectual
Property, Inc. and Servpro Industries, Inc.*

Christopher J. Perske (Reg. No. 347164)
THE LAW OFFICE OF CHRISTOPHER J. PERSKE, LLC
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
(763) 639-4688
christopher.perske@pserskelaw.com

*Attorneys for Defendants Dan Schmidt and Numark Construction, Inc. d/b/a Numark Restoration.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing JOINT STIPULATION TO DISMISS was served via the Court's CM/ECF system on October 19, 2016, upon counsel for all parties, including:

Christopher J. Perske (Reg. No. 347164)
THE LAW OFFICE OF CHRISTOPHER J. PERSKE, LLC
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
(763) 639-4688
christopher.perske@pserskelaw.com

/s/ Edward D. Lanquist
Edward D. Lanquist