# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **SERVPRO INTELLECTUAL PROPERTY, INC.** and **SERVPRO INDUSTRIES, INC.**, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 0:16-cv-00045 |
| vs. ) ) | Judge Wilhelmina M. Wright<br>Magistrate Judge Tony N. Leung |
| **DAN SCHMIDT** and **NUMARK CONSTRUCTION, INC. dba NUMARK RESTORATION**, ) ) ) ) ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## REVISED JOINT STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED and AGREED** between Plaintiffs SERVPRO INTELLECTUAL PROPERTY, INC. and SERVPRO INDUSTRIES, INC., by and through their counsel of record, and Defendants DAN SCHMIDT and NUMARK CONSTRUCTION, INC. d/b/a NUMARK RESTORATION, by and through their counsel of record, that, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, the above-entitled matter shall be dismissed, with prejudice, each party to bear its own costs and fees. This stipulated dismissal is pursuant to that specific Agreement entered into between the Parties.

WHEREFORE, the parties request that this Court enter its Order accordingly.

Respectfully submitted,

/s/ Edward D. Lanquist
Edward D. Lanquist (TN BPR 13303)
Scott M. Douglass (TN BPR 31097)
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
(615) 242-2400
edl@iplawgroup.com
smd@iplawgroup.com

Sybil L. Dunlop (Reg. No. 390186)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
sdunlop@greeneespel.com

*Attorneys for Plaintiffs Servpro Intellectual Property, Inc. and Servpro Industries, Inc.*

/s/ Christopher J. Perske
Christopher J. Perske, Reg. No. 0347164
The Law Office of Christopher J. Perske, LLC
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
(763) 639-4668
chrisopher.perske@perskelaw.com

*Attorneys for Defendants Dan Schmidt and Numark Construction, Inc.*

## CERTIFICATE OF AUTHORIZATION TO E-SIGN

I hereby certify that Christopher Perske authorized our firm to file the above document with his "e-signature"; such authorization was acquired on October 21, 2016, via email with Scott Douglass.

/s/ Scott M. Douglass
Scott M. Douglass

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing REVISED JOINT STIPULATION TO DISMISS was served via the Court's CM/ECF system on October 21, 2016, upon counsel for all parties, including:

    Christopher J. Perske (Reg. No. 347164)
    THE LAW OFFICE OF CHRISTOPHER J. PERSKE, LLC
    222 South 9th Street, Suite 1600
    Minneapolis, MN 55402
    (763) 639-4688
    christopher.perske@pserskelaw.com

                              /s/ Edward D. Lanquist
                              Edward D. Lanquist