UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Servpro Intellectual Property, Inc. and Servpro Industries, Inc., | Case No. 16-cv-0045 (WMW/TNL) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Dan Schmidt and Numark Construction, Inc., | |
| Defendants. | |

Based upon the Stipulation of Dismissal With Prejudice (Dkt. 37), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter, including all claims, counterclaims, and causes of action that were made or that could have been made in this action, is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   October 24, 2016        s/Wilhelmina M. Wright
                                 Wilhelmina M. Wright
                                 United States District Judge